**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| ADOM MBROSO WATER TRANSPORT LIMITED, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 6:19-CV-03384-BCW |
| v. | )<br>) |
| MICHAEL DAVID DISMER, et al., | )<br>) |
| Defendants. | ) |

## ORDER

Before the Court is Defendants' letter construed as a motion for extension of time. (Doc. #9). The Court, being duly advised of the premises, grants said motion.

On October 30, 2019, Plaintiff Adom Mbroso Water Transport Limited filed a verified complaint against Defendants Michael David Dismer, Worldwide Marine Construction, Inc., and vessel M/V Adom-101. (Doc. #1). On January 28, 2020, Plaintiff filed returns of service demonstrating service of process on Dismer and Worldwide Marine. (Docs. #7 & #8). On January 9, 2020, Plaintiffs filed a Motion for Order Authorizing Issuance of a Warrant of Arrest of the M/V ADOM-101. (Doc. #5).

On February 14, 2020, the Clerk of the Court received a letter signed by Dismer, as president for Worldwide Marine. The Court construes the letter as a motion for extension of time to answer or otherwise respond to the complaint. (Doc. #9).

While the extension motion was pending, Dismer filed a pro se answer to Plantiffs' complaint. (Doc. #10). The answer indicates Dismer's intent that the filing is on behalf of him as an individual defendant and on behalf of Worldwide Marine, a company for which Dismer is president.

1

The complaint names both Dismer and Worldwide Marine as defendants in this case. While Dismer may proceed pro se on his own behalf, he may not, as a non-attorney, represent Worldwide Marine, and/or appear on its behalf. Carr Enters., Inc. v. United States, 698 F.2d 952, 953 (8th Cir. 1983). Accordingly, it is hereby

ORDERED Defendants' Motion for Extension of Time (Doc. #9) is GRANTED. It is further

ORDERED Dismer's answer (Doc. #10) is deemed timely filed on February 28, 2020. It is further

ORDERED Worldwide Marine shall answer or otherwise respond to the complaint, through licensed counsel, on or before **April 13, 2020**.

IT IS SO ORDERED.


DATED: <u>March 13, 2020</u>　　　　　　　/s/ Brian C. Wimes
　　　　　　　　　　　　　　　　　　　JUDGE BRIAN C. WIMES
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT