IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ADOM MBROSO WATER TRANSPORT LIMITED, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 6:19-03384-CV-RK |
| v. | ) ) |
| MICHAEL DAVID DISMER, WORLDWIDE MARINE CONSTRUCTION, INC., M/V ADOM-101, | ) ) ) ) ) |
| Defendants. | ) |

## ORDER STAYING THE CASE

Before the Court is Defendant Michael Dismer's oral motion to stay the case pending the resolution of criminal proceedings against him. (Doc. 25, minute entry). Plaintiff does not oppose the motion. Accordingly, and for good cause, the Court **STAYS** the case pending resolution of Defendant Dismer's related criminal proceedings or until further order by the Court.

**IT IS SO ORDERED**.

                                                              s/ Roseann A. Ketchmark
                                                       ROSEANN A. KETCHMARK, JUDGE
                                                       UNITED STATES DISTRICT COURT

DATED: June 16, 2020